# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SOILA BANUELOS,<br><br>Defendant. | Case No. 14-cr-2323-L<br><br>ORDER DISMISSING MOTION WITHOUT PREJUDICE AND WITH LEAVE TO AMEND |

Petitioner Soila Banuelos, proceeding pro se, has filed a Motion for Authorization to File a Second or Successive Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255.

Petitioner has not previously filed a Motion pursuant to section 2255 before this filing, therefore the current Petition is more properly characterized as a Motion under 28 U.S.C. §2255. Even so, Petitioner fails to allege any facts supporting her allegation that she suffered ineffective assistance of counsel. While this Court is mandated to construe pro se pleadings liberally, it is impossible to discern the grounds for Petitioner's Motion. *See United States v. Seesing*, 234 F.3d 456 (9th Cir. 2000).

//

//

Accordingly, the Court **DISMISSES** the Petition without prejudice and with leave to amend. The Clerk of Court is directed to send Petitioner a blank 28 U.S.C. § 2255 form along with a copy of this Order.

**IT IS SO ORDERED**.

Dated: August 28, 2018

Hon. M. James Lorenz
United States District Judge